IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID L. HARRIS                                                                 PLAINTIFF

v.                 Civil No. 06-1057

Commissioner, Social
Security Administration                                       DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*.

After review, it is found that plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, Alberto Gonzales, U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED THIS 1ST DAY OF JUNE 2006.

                                                          /s/ Bobby E. Shepherd
                                                          HON. BOBBY E. SHEPHERD
                                                          UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARK.
FILED
JUN 1 2006
CHRIS R. JOHNSON, CLERK

AO72A
(Rev. 8/82)