IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID L. HARRIS,                                                                        PLAINTIFF

v.                                            Case No. 1:06-cv-1057

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Comes now the Court, on this the 25th day of April, 2007, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge